JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINE ANDERSON, | ) | Case No. CV 13-4893 DSF (JCx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT OF DISMISSAL FOR |
| | ) | LACK OF SUBJECT MATTER |
| PODS OF LOS ANGELES, LLC, et al. | ) | JURISDICTION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal, Plaintiff not having shown a basis for subject matter jurisdiction, and the Court having concluded that it lacks subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, and that the action be dismissed without prejudice.

DATED: November 13, 2013

_____
DALE S. FISCHER
United States District Judge